Michael Joseph WAGNER, Petitioner—Appellant,

v.

**J. Michael STOUFFER, Commissioner; J. Trovillian, Warden, Respondents— Appellees.**

No. 11–7664.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Michael Joseph Wagner, Sr., Appellant Pro Se. Michael O'Connor Doyle, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Joseph Wagner, Sr. appeals the district court's order denying his motion to re-open the appeal period. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wagner v. Stouffer,* No. 8:10–cv–01944–AW (D.Md. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*